**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-02136-JLK

JUANITA CASANGO

      Plaintiff,

vs.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, a foreign Corporation authorized to do business in the state of Colorado,

      Defendant.

---

**ORDER RE: DEFENDANT'S SECOND UNOPPOSED MOTION TO ENLARGE TIME TO CONDUCT DISCOVERY AND TO MODIFY SCHEDULING ORDER**

---

Defendant's Unopposed Motion to Enlarge Time to Conduct Discovery and Modify Scheduling Order (doc. #18), filed September 10, 2007, is GRANTED.

The deadlines set forth in the Scheduling Order [#13] are modified as follows:

- Affirmative experts — **October 10, 2007**

- Deadline for parties to serve written discovery — **October 10, 2007**

- Rebuttal experts — **November 9, 2007**

- *Daubert* motion deadline — **December 3, 2007**

- Discovery cut-off     **December 10, 2007**

- Dispositive motion deadline     **January 8, 2008**

**DATED** this 12th day of September, 2007.

BY THE COURT:

*s/John L. Kane*
U.S. District Court Judge