## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02136-JLK

JUANITA CASANGO

      Plaintiff,

vs.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, a foreign Corporation authorized to do business in the state of Colorado,

      Defendant.

---

## ORDER MODIFYING SCHEDULING ORDER
---

**THIS MATTER** is before the Court on Defendant's Third Unopposed Motion to Enlarge Time to Conduct Discovery and Modify Scheduling Order (doc. #22), filed November 14, 2007. The Motion is **GRANTED**.

The deadlines set forth in the Scheduling Order [#13] are modified as follows:

- *Daubert motion deadline*                          **January 17, 2008**

- *Discovery cut-off*                                 **January 24, 2008**

- *Dispositive motion deadline*                     **February 22, 2008**

**DATED** this 16th day of November, 2007.

                                                           BY THE COURT:

                                                           *s/John L. Kane*
                                                           U.S. District Court Judge