IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02136-JLK-BNB

JUANITA CASANGO,

Plaintiff,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, a Florida corporation,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  This matter is before the Court on the **Defendant's Unopposed Motion to Vacate Settlement Conference** [docket no. 27, filed December 10, 2007] (the "Motion").

  IT IS ORDERED that the Motion is GRANTED and the Settlement Conference set for December 18, 2007, is **VACATED**, to be reset upon the request of the parties.


DATED: December 11, 2007