IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02136-JLK-BNB

DAVID L. WHITE JR., Conservator of Juanita Casango White, Protected Person,

Plaintiff,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, a Florida corporation,

Defendant.

## ORDER

      I am informed that this case has been resolved. Accordingly,

      IT IS ORDERED that on or before **September 25, 2008**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

      Dated September 11, 2008.

                                           BY THE COURT:

                                           s/ Boyd N. Boland
                                           United States Magistrate Judge