IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge John L. Kane**

Civil Action No. 06-cv-2136-JLK-BNB

DAVID L. WHITE, JR., Conservator of Juanita Casango White, Protected Person,

    Plaintiff,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, a Florida insurance company,

    Defendant.

---

ORDER GRANTING EXTENSION OF TIME TO APPROVE SETTLEMENT
AND DENYING PENDING MOTIONS
_____

Kane, J.

    Plaintiff's Unopposed Motion for Extension of Time to File a Stipulation or Motion to Dismiss (Doc. 82) is GRANTED. Plaintiff shall have to and including November 24, 2008, to file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

    In light of the parties' settlement agreement, the pending motions in this case (Docs. 30, 31, 32, 41, and 42) are DENIED without prejudice.

    Dated September 25, 2008.

                                      **s/John L. Kane**
                                      SENIOR U.S. DISTRICT JUDGE