IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02136-JLK-BNB

DAVID L. WHITE JR., Conservator of Juanita Casango White, Protected Person,

Plaintiff,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, a Florida corporation,

Defendant.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  This matter is before the Court on the **Defendant's Motion for Transcript of Record Made Following Settlement Conference** [docket no. 94, filed February 12, 2009] (the "Motion").

  IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to retain a copy of this transcript, once it is ordered and generated, UNDER SEAL.


DATED: February 12, 2009