IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge John L. Kane**

Civil Action No. 06-cv-2136-JLK-BNB

DAVID L. WHITE, JR., Conservator of Juanita Casango White, Protected Person,

　　Plaintiff,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, a Florida insurance company,

　　Defendant.

**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE**

　　THE COURT, having reviewed the Stipulation for Dismissal with Prejudice [Doc. 104, Filed July 30, 2009], and having been fully advised herein, hereby GRANTS the Stipulation for Dismissal with Prejudice. The within civil action is dismissed with prejudice, with each party to pay their own costs and attorneys fees.

　　SO ORDERED this   30th   day of        July        , 2009.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　**s/John L. Kane**
　　　　　　　　　　　　　　　　　　SENIOR U.S. DISTRICT JUDGE